UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
KOURIOCKEIN VANN,

            Plaintiff,

v.

CORRECTION OFFICER Y. SUDRANSKI,

           Defendant.
--------------------------------------------------------------x

**ORDER**

16 CV 7367 (VB)

      On July 23, 2020, the Court received from plaintiff, who is proceeding pro se and in forma pauperis, an undated submission styled "Reconsideration Request with Supporting Affidavits Enclosed." (Doc. #175). In this submission, plaintiff requests the Court appoint him pro bono counsel. (Id.).

      On July 8, 2020, the Court issued an Order granting plaintiff's request for pro bono counsel. (Doc. #174). In the July 8 Order, the Court explained it does not have the authority to "appoint" counsel, but instead, may only "request" that an attorney volunteer to represent him. (Id. at 1). Accordingly, the Court directed the Clerk of Court to attempt to locate pro bono counsel to represent plaintiff in this matter.

      In the July 8 Order, the Court warned plaintiff that it may take a long time for the Clerk to locate pro bono counsel, and that there is no guarantee a volunteer attorney will decide to take plaintiff's case. (Doc. #174 at 2). Therefore, the Court told plaintiff he should be prepared to proceed with his case without an attorney. (Id.).

      Accordingly, because the Court has already granted plaintiff's request for pro bono counsel, the instant submission for "reconsideration" is DENIED.

      The Clerk is directed to terminate the motion. (Doc. #175).

      Chambers will mail a copy of this Order to plaintiff at the address on the docket.

Dated: July 27, 2020
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge