UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
KOURIOCKEIN VANN,                                               :
            Plaintiff,                 :
                                                  :        **ORDER**
v.                                                    :
                                                  :        16 CV 7367 (VB)
CORRECTION OFFICER Y. SUDRANSKI,   :
           Defendant.              :
--------------------------------------------------------------x

      The Court conducted a status conference today, at which counsel for plaintiff and defendant appeared by telephone. Accordingly, it is HEREBY ORDERED:

      A status conference in this case is scheduled for **March 4, 2021, at 3:00 p.m.** Plaintiff and defense counsel shall attend the status conference by calling the following number and entering the access code when requested:

        **Dial-In Number:**    **(888) 363-4749 (toll free) or (215) 446-3662**

        **Access Code:**        **1703567**

Dated:  January 4, 2021
         White Plains, NY

                                                  SO ORDERED:

                                                  _____
                                                  Vincent L. Briccetti
                                                  United States District Judge