UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
KOURIOCKEIN VANN,
          Plaintiff,

v.

          **ORDER**

          16 CV 7367 (VB)

CORRECTION OFFICER Y. SUDRANSKI,
          Defendant.
------------------------------------------------------------x

      The Court conducted a status conference today, at which counsel for plaintiff and defendant appeared by telephone.

      Accordingly, it is HEREBY ORDERED:

      1.    By **June 17, 2021**, plaintiff's counsel shall write a letter to the Court on behalf of both parties regarding their efforts to settle this matter and whether the Court can assist them in that regard.

      2.    A status conference in this case is scheduled for **July 1, 2021, at 3:00 p.m.** Counsel for plaintiff and defendant shall attend the status conference by calling the following number and entering the access code when requested:

      **Dial-In Number:**    (888) 363-4749 (toll free) <u>or</u> (215) 446-3662

      **Access Code:**    1703567

Dated: May 20, 2021
       White Plains, NY

                        SO ORDERED:

                        _/s/ Vincent L. Briccetti_
                        Vincent L. Briccetti
                        United States District Judge