```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/1/21
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
KOURIOCKEIN VANN,
          Plaintiff,

v.

CORRECTION OFFICER Y. SUDRANSKI,
          Defendant.
--------------------------------------------------------------x

**ORDER**

16 CV 7367 (VB)

The Court conducted a status conference today, at which counsel for plaintiff and defendant appeared by telephone.

Accordingly, it is HEREBY ORDERED:

1. By **July 15, 2021**, defendant's counsel shall write a letter to the Court on behalf of both parties advising the Court whether they all consent to transfer the case to the Magistrate Judge for all purposes. If both parties consent, they shall attach to their letter a fully executed Notice, Consent, and Reference of a Civil Action to a Magistrate Judge form, the blank form for which is attached to this order (and also available at https://nysd.uscourts.gov/sites/default/files/2018-06/AO-3.pdf). If both parties do not consent, they need not disclose the identify of the party who does not consent.

2. By **October 1, 2021**, in accordance with Paragraph 4.A of the Court's Individual Practices, the parties shall submit a Joint Pretrial Order, which shall comply with both Fed. R. Civ. P. 26(a)(3) and the Court's Individual Practices.

3. By **December 1, 2021**, the parties shall file proposed voir dire, any motions in limine, joint proposed jury instructions, and a joint verdict form. (See Paragraph 4.B of the Court's Individual Practices). The parties' joint proposed jury instructions shall consist of a single document, noting any areas of disagreement between the parties. The proposed instructions should include both the text of any requested instruction as well as a citation, if available, to the authority

1

from which it derives. The proposed instructions should also be submitted by email to Chambers in Word format.

4. Oppositions to motions in limine, if any, are due **December 8, 2021**. No replies will be permitted absent prior Court approval.

5. A final pre-trial conference is scheduled for **January 12, 2022, at 2:00 p.m.** This conference will be conducted in person at the courthouse.

6. Jury selection and trial are tentatively scheduled to begin on **January 18, 2022, at 9:30 a.m.** This is a tentative trial date given the current COVID-19 scheduling protocols and limited courtroom availability. The Court will provide as much notice as possible if this date changes.

Dated: July 1, 2021
      White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge

# UNITED STATES DISTRICT COURT
for the

_____

_Plaintiff_
v.

_____
_Defendant_

)
)
)   Civil Action No.
)
)
)

## NOTICE, CONSENT, AND REFERENCE OF A CIVIL ACTION TO A MAGISTRATE JUDGE

*Notice of a magistrate judge's availability.* A United States magistrate judge of this court is available to conduct all proceedings in this civil action (including a jury or nonjury trial) and to order the entry of a final judgment. The judgment may then be appealed directly to the United States court of appeals like any other judgment of this court. A magistrate judge may exercise this authority only if all parties voluntarily consent.

You may consent to have your case referred to a magistrate judge, or you may withhold your consent without adverse substantive consequences. The name of any party withholding consent will not be revealed to any judge who may otherwise be involved with your case.

*Consent to a magistrate judge's authority.* The following parties consent to have a United States magistrate judge conduct all proceedings in this case including trial, the entry of final judgment, and all post-trial proceedings.

| *Printed names of parties and attorneys* | *Signatures of parties or attorneys* | *Dates* |
|---|---|---|
| | | |
| | | |
| | | |

### Reference Order

**IT IS ORDERED:** This case is referred to a United States magistrate judge to conduct all proceedings and order the entry of a final judgment in accordance with 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73.

Date: _____          _____
                                                                    *District Judge's signature*

                                                                _____
                                                                    *Printed name and title*

Note:    Return this form to the clerk of court only if you are consenting to the exercise of jurisdiction by a United States magistrate judge. Do not return this form to a judge.