UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
KOURIOCKEIN VANN,

                Plaintiff,

v.

                **ORDER**

CORRECTION OFFICER Y. SUDRANSKI,

                Defendant.

                16 CV 7367 (VB)
-----------------------------------------------------------x

      At a case management conference on July 1, 2021, the parties were advised that this case had been tentatively scheduled for trial on January 18, 2022, subject to the Court's COVID-19 scheduling protocols. (Doc. #194). The parties are advised that this date is now a firm date for jury selection and trial.

      **To be clear, this case will proceed to jury selection and trial on January 18, 2022, at 9:30 a.m.**

      The final pretrial conference remains scheduled for January 12, 2022, at 2:00 p.m., in person at the courthouse (courtroom 620).

      All other dates and deadlines set forth in the July 1, 2021, Order remain the same.

      By no later than December 15, 2021, plaintiff's counsel shall submit for the Court's approval a proposed writ of habeas corpus ad testificandum to ensure that his client is produced for both the final pretrial conference and the trial. Examples of an appropriate writ may be found at ECF Docs. ##235-237 in Garcia v. Fischer, 13-cv-8196 (VB), and ECF Doc. #78 in Hoffer v. Yonkers, 18-cv-1197 (AEK).

Dated: December 8, 2021
      White Plains, NY

                                SO ORDERED:

                                _____
                                Vincent L. Briccetti
                                United States District Judge