

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
ATTORNEY GENERAL

DIVISION OF REGIONAL OFFICES
WESTCHESTER REGIONAL OFFICE

January 10, 2022

**VIA ECF**
Honorable Vincent L. Briccetti
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re:  *Vann v. Sudranski*, 16-CV-7367 (VLB)

Dear Judge Briccetti:

I write to inform the Court that the Department of Corrections and Community Supervision (DOCCS) has instituted a pause of transportation of incarcerated individuals due to COVID beginning today, January 10, 2022, for at least two weeks, at which time DOCCS will re-evaluate. DOCCS is requesting that all in-person appearances be adjourned during this time, which, based on the Writ of Habeas Corpus ad Testificandum dated December 16, 2021, would include the pre-trial conference scheduled for January 12, 2022 and the trial scheduled to begin January 18, 2022.

> We will proceed with the conference on 1/12/22 at 2:00 pm with lawyers only. Also, this conference will will be conducted by telephone.
> Call-in: 888-363-4749
> Passcode: 1703567
> So Ordered: VB—USDJ 1/10/22

Respectfully submitted,

Kathryn Martin
Assistant Attorney General
44 S. Broadway
White Plains, NY 10601
Office: (914) 422-8615
Email: kathryn.martin@ag.ny.gov

cc: Joseph S. Fritzson, Esq.
J.S. Fritzson Law Firm, P.C.
1979 Marcus Ave, Suite 210
Lake Success, NY 11042