UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
KOURIOCKEIN VANN,
        Plaintiff,

v.

CORRECTION OFFICER Y. SUDRANSKI,
        Defendant.
--------------------------------------------------------------x

**ORDER**

16 CV 7367 (VB)

    The Court conducted a final pre-trial conference today, at which plaintiff and counsel for both parties appeared by telephone. The parties discussed, among other things, adjourning the upcoming trial scheduled for January 18, 2022, in light of a pause on transportation of incarcerated individuals by the Department of Corrections and Community Supervision due to COVID-19.

    Accordingly, it is HEREBY ORDERED:

1. The jury selection and trial scheduled for January 18, 2022, is ADJOURNED. The trial is now re-scheduled as a back-up to another trial currently scheduled for **March 28, 2022, at 9:30 a.m.** The Court will provide the parties as much notice as possible as to whether the trial in this matter will proceed on March 28. If this trial does not proceed on March 28, the Court tentatively schedules jury selection and trial for **May 9, 2022, at 9:30 a.m**.

2. **As soon as possible**, plaintiff's counsel shall submit for the Court's approval a proposed writ of habeas corpus ad testificandum to ensure that his client is produced for the trial on March 28, 2022, in the event the trial goes forward on that date.

3. By **January 19, 2022**, plaintiff shall submit any proposed voir dire questions.

4. Defendant's motion in limine is DENIED for the reasons stated on the record during the conference. Defense counsel is welcome to submit a proposed limiting instruction with respect to the sexual assault claim which was previously dismissed.

The Clerk is instructed to terminate the motion. (Doc. #203).

Dated: January 12, 2022
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge