UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
KOURIOCKEIN VANN,
          Plaintiff,

v.

CORRECTION OFFICER Y. SUDRANSKI,
          Defendant.
--------------------------------------------------------------x

**ORDER**

16 CV 7367 (VB)

      By Order dated January 12, 2022, the Court advised the parties that this case was scheduled for trial as a back-up to another trial scheduled for March 28, 2022. The parties are now advised that the trial of that other case has been cancelled because that case has been resolved.

      Accordingly, it is hereby ORDERED:

      1. The trial of this case will commence on March 28, 2022. **To be clear, March 28, 2022, is now a firm trial date for this case. Jury selection and trial will commence on that date at 9:30 a.m., in Courtroom 620 at the White Plains courthouse.**

      2. The Court will conduct a conference on **March 25, 2022, at 12:00 p.m.**, which the Court expects all counsel and plaintiff to attend in person in Courtroom 620.

      3. The parties are directed to discuss settlement in good faith and to submit a joint letter to the Court by no later than March 21, 2022, reporting on the status of those discussions.

Dated: March 10, 2022
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge