UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
KOURIOCKEIN VANN,

        Plaintiff,

v.

CORRECTION OFFICER Y. SUDRANSKI,

        Defendant.
--------------------------------------------------------------x

**ORDER**

16 CV 7367 (VB)

      The Court conducted a conference today on the record, at which counsel for both parties appeared by telephone. The parties discussed, among other things, defense counsel's letter dated March 23, 2022, requesting—with the consent of plaintiff's counsel—an adjournment of the March 28, 2022, trial date in this case, in light of counsel's COVID-19 diagnosis. (Doc. #228).

      Accordingly, it is HEREBY ORDERED:

1. Defense counsel's request is GRANTED. The trial of this case is ADJOURNED to May 9, 2022. **To be clear, May 9, 2022, is now a firm trial date for this case. Jury selection and trial will commence on that date at 9:30 a.m., in Courtroom 620 at the White Plains courthouse.**

2. The final pre-trial conference originally scheduled for March 25, 2022, at 12:00 p.m., is also ADJOURNED to **May 6, 2022, at 12:00 p.m**. The Court expects all counsel and plaintiff to attend in person in Courtroom 620.

Dated: March 24, 2022
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge