UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
KOURIOCKEIN VANN,

                    Plaintiff,

      -against-

YITZCHAK SUDRANSKI,

                    Defendant.
------------------------------------------------------------X

16 CIVIL 7367 (VB)

**JUDGMENT**

5/11/2022

It is hereby **ORDERED, ADJUDGED AND DECREED:** That after a Jury Trial before the Honorable Vincent Briccetti, United States District Judge, the jury having returned a verdict in favor of Defendant, and the Complaint is hereby dismissed.

DATED: New York, New York
          May   11   , 2022

So Ordered:

_____
U.S.D.J.

RUBY J. KRAJICK
_____
Clerk of Court

BY: _____
Deputy Clerk