UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
Vann,

                      Plaintiff(s),

                                                      **ORDER**

      -against-

                                                    7:16-CV-07367 (VB)

Sudranski

                      Defendant(s).
-----------------------------------------------------------X

Briccetti, J.

      As a verdict has been reached in the jury trial before this Court involving Plaintiff Kouriockein Vann (DIN # 10-A-0017), this Court hereby deems the Writ of Habeas Corpus Ad Testificandum filed on April 5, 2022 in this case to be satisfied.

**SO ORDERED.**

Dated: 5/11/2022
White Plains, New York

                                                                  _____
                                                                  Vincent Briccetti, U.S.D.J.